NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5076

### SAVANTAGE FINANCIAL SERVICES, INC.,

Plaintiff-Appellant,

v.

### UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in consolidated case nos. 08-CV-021 and 09-CV-113, Senior Judge Bohdan A. Futey.

ON MOTION

Before BRYSON, <u>Circuit Judge</u>.

## O R D E R

Upon consideration of Savantage Financial Services, Inc.'s unopposed motion to amend the protective order of the Court of Federal Claims to allow James W. Erwin, Esq. to come within its terms,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Timothy Sullivan, Esq.
A. Bondurant Eley, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2009

JAN HORBALY
CLERK